### STATE OF CONNECTICUT *v.* JASON SHOLA AKANDE

The defendant's petition for certification for appeal from the Appellate Court, 111 Conn. App. 596 (AC 27755), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the defendant waived his claim that the jury instructions were constitutionally deficient?"

VERTEFEUILLE and MCLACHLAN, Js., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18325.

*Katherine C. Essington*, special public defender, in support of the petition.

Decided March 5, 2009